IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| AUREA LUZ BAYRÓN-RODRÍGUEZ,<br><br>    Plaintiff<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant | CIVIL NO. 08-1522 (JP) |

**FINAL JUDGMENT**

The parties hereto have informed the Court that they have settled this case. Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR THE PLAINTIFF TO HAVE AND RECOVER THE AMOUNT OF $175,000.00.** This judgment will cover all claims asserted in the complaint and any and all damages arising from the events described therein. This Judgment is entered without the imposition of costs or attorney's fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 24${}^{th}$ day of November, 2008.

                                                    s/Jaime Pieras, Jr.
                                                        JAIME PIERAS, JR.
                                                U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
|---|---|
| s/Juan A. López-Conway | s/Agnes I. Cordero |
| JUAN A. LÓPEZ-CONWAY, ESQ. | AGNES I. CORDERO, ESQ. |